# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE <br> CAPITAL ONE TELEPHONE <br> CONSUMER PROTECTION ACT <br> LITIGATION | Master Docket No. 1:12-cv-10064 <br> MDL No. 2416 |
| This document relates to: <br><br> ANGELA W. ESPOSITO, as Chapter 7 Trustee of the estate of JENNIFER E. WARNE, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A. | Case No: 1:12-CV-10107 |

## AGREED ORDER TO DISMISS CASE WITH PREJUDICE

Pursuant to the Corrected Joint Stipulation to Dismiss with Prejudice filed by the parties:

IT IS HEREBY ORDERED that *Esposito v. Capital One Bank (USA), N.A.*, is dismissed in its entirety, with prejudice, each Party shall bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41(a).

Dated: June 6, 2014

JAMES F. HOLDERMAN
United States District Judge